IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JORGE SUAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:17-cv-124-D |
| v. | ) | |
| | ) | |
| CAMDEN PROPERTY TRUST, | ) | |
| CAMDEN DEVELOPMENT, INC., and | ) | |
| CSP COMMUNITY OWNER, LP f/k/a | ) | |
| CSP COMMUNITY OWNER, LLC, | ) | |
| d/b/a CAMDEN WESTWOOD, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| JORGE SUAREZ, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 5:18-cv-455-D |
| v. | ) | |
| | ) | |
| CAMDEN PROPERTY TRUST, | ) | |
| CAMDEN DEVELOPMENT, INC., and | ) | |
| CSP COMMUNITY OWNER, LP f/k/a | ) | |
| CSP COMMUNITY OWNER, LLC, | ) | |
| d/b/a CAMDEN WESTWOOD. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

Upon consideration of the Consent Motion to Consolidate under Federal Rule of Civil Procedure 42(a), and for good cause shown, the Court finds that the Motion is GRANTED. It is hereby ORDERED that the above captioned cases shall be consolidated together for all purposes.

SO ORDERED. This 5 day of April [March struck through] 2021.

JAMES C. DEVER III
United States District Judge